ACCEPTED
03-15-00012-CR
4867876
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 3:38:07 PM
JEFFREY D. KYLE
CLERK

## CAUSE NUMBER 03-15-00012-CR

| | | |
|---|---|---|
| TREVINO DARNELL FOX | X | IN THE COURT OF APPEALS |
| | X | |
| V. | X | THIRD DISTRICT |
| | X | |
| THE STATE OF TEXAS | X | STATE OF TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 3:38:07 PM
JEFFREY D. KYLE
Clerk

### APPELLANT'S MOTION TO DISMISS APPEAL

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW THE APPELLANT, TREVINO DARNELL FOX, by and through his appointed attorney of record, Paul Evans, in the above entitled and numbered cause, and pursuant to Texas Rules of Appellate Procedure article 42.2(a), moves this Court to DISMISS the appeal at bar.

WHEREFORE, Appellant requests that, after proper notice is given to all parties to this appeal, the motion be heard and this Court enter an order dismissing this appeal.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas 78701
(512) 569-1418
(512) 692-8002 FAX
paulmatthewevans@hotmail.com

**APPROVED AS TO FORM AND CONTENT**

BY: _____

PAUL M. EVANS

SBN 24038885

Attorney for Appellant


BY: _____

Trevino Darnell Fox

Appellant

Booking # 14—34611

3614 Bill Price Road

Del Valle, TX 78617


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by e-service facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 13th day of April, 2015.

_/s/ Paul M. Evans_____

PAUL M. EVANS


## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 256 words, all contents included.

_/s/ Paul M. Evans_____

PAUL M. EVANS